**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eric ESTIMABLE, Defendant—
Appellant.**

No. 04–5041.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 13, 2005.

Decided: May 13, 2005.

J. Robert Haley, Assistant Federal Public Defender, Charleston, South Carolina, for Appellant.

Michael Rhett DeHart, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed in part, vacated in part, and remanded by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Estimable was convicted by a jury of one count of interstate transportation of stolen motor vehicles, in violation of 18 U.S.C. §§ 2312, 2 (2000). On November 10, 2004, the district court sentenced Estimable, over his objection based upon *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), to a twenty-four-month term of imprisonment

to be followed by three years of supervised release. After Estimable filed his notice of appeal, the Supreme Court decided *United States v. Booker*, — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The Government has filed an unopposed motion to remand for resentencing in light of the *Booker* decision.

We grant the motion for remand to allow the district court to reconsider Estimable's sentence in light of the *Booker* decision. Estimable's formal brief on appeal reveals that the applicability of *Booker* is the only issue that he wishes to pursue on appeal. Therefore, we affirm his conviction, vacate the sentence imposed by the district court, and remand for reconsideration of the sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART, VACATED IN PART, AND REMANDED*